UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| United States of America, | Case No. 23-cv-12279 |
| | Honorable F. Kay Behm |
| Plaintiff, | |
| vs. | |
| Glock Inc, et. al | |
| Defendants *in rem*. | |

### ORDER TO STRIKE RESPONSE AND DISMISS INTEREST

This matter having come before the Court on Government's Motion and Brief to Strike Response to Complaint for Forfeiture Filed by Respondent Jason Youmans and Dismiss Interest, the Court having reviewed the pleadings, and being fully advised of the facts and law:

IT IS HEREBY ORDERED that Jason Youmans' Response (ECF No. 23) is STRICKEN because it failed to comply with Supplemental Rule G and any interest he may allege in Defendants *in rem* is DISMISSED because he lacks statutory standing to appear in this forfeiture action.

SO ORDERED.

Date: December 11, 2025

s/F. Kay Behm
F. Kay Behm
United States District Judge