UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

United States of America,

Plaintiff,

Civil No. 23-cv-12279
v.                                                          Honorable F. Kay Behm

Glock Inc. 30S Pistol CAL: 45 SN: BFTL715, et al,

Defendants *in Rem*.

---

### Default Judgment and Final Order of Forfeiture

---

This matter came before the Court on Plaintiff United States of America's ("United States") Motion for Entry of Default Judgment Against all Interested Parties and Final Order of Forfeiture of the Defendants *in rem*. The Court has reviewed the Motion and the record in this case and being fully aware of the issues, Orders as follows:

**IT IS ORDERED** that the United States' Motion for Entry of Default Judgment Against All Interested Parties and Final Order of Forfeiture of the Defendants *in rem* is **GRANTED** and Default Judgment is **ENTERED** in favor of the United States.

**IT IS FURTHER ORDERED** that the Defendants *in rem*, which consists of the following: Glock Inc. 30S Pistol CAL:45, SN: BFTL715; 13 Rounds BARNES

BULLETS AMMUNITION CAL:45; GARAYSAR, INC. Unknown Shotgun CAL: Unknown SN:21T-008616; 8 Rounds Federal Ammunition CAL:12; Ruger SR9 Pistol CAL: 9 SN:337-89419; 15 Rounds Unknown Ammunition CAL:9; 2 Rounds Federal Ammunition CAL: 12; 5 Rounds Unknown Ammunition CAL: 9; SIG SAUER (SIG-ARMS) P365 Pistol Cal: 9, SN: 66B-435413; STAG ARMS STAG-15 RIFLE CAL:556, SN:324396; 14 Rounds Unknown Ammunition Cal:9; 30 Rounds Federal Ammunition CAL: 223; FNH USA, LLC HIGH POWER Pistol CAL:5.7, SN: 386338757; 28 Rounds Unknown Ammunition CAL:57; ROMARM/ CUGIR MICRO DRACO Pistol CAL: 762, SN: PMD-0622918RO; BUSHMASTER FIREARMS XM15 Rifle (Short Barrel) CAL: 223 SN: BK5700835; 30 Rounds Unknown Ammunition CAL: 300; 30 Rounds Unknown Ammunition CAL: 762; SMITH & WESSON M&P 15 Rifle CAL: 223 SN: TP65776; and 33 Rounds Unknown Ammunition CAL: 223 are **FORFEITED** to the United States under 21 U.S.C. § 881(a)(11) and a Final Order of Forfeiture as to the Defendants *in rem* is **GRANTED** and **ENTERED**. Any right, title, or ownership interest of all interested parties, or their successors and assigns, in the Defendants *in rem*, is forever **EXTINGUISHED** and clear title to the Defendants *in rem* is **VESTED** in the United States.

The Bureau of Alcohol, Tobacco, Firearms, and Explosives, or its designee,

2

is **AUTHORIZED** to dispose of the Defendants *in rem* according to law.

SO ORDERED.

Dated: March 12, 2026                    s/F. Kay Behm
                                         F. Kay Behm
                                         United States District Judge